IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Virgil Lee Lindsey, Jr., | ) | No. CV-13-00032-PHX-ROS |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

On November 26, 2013, Magistrate Judge Michelle H. Burns issued a Report and Recommendation ("R&R") recommending this case be dismissed with prejudice.  No party filed objections.  Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (**Doc. 14**) is **ADOPTED** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

DATED this 6th day of January, 2014.

Roslyn O. Silver
Senior United States District Judge